UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

RICHARD WEED,
THOMAS BRAZIL and
COLEMAN FLAHERTY III,

    Defendants.

Case No.
1:14-cv-14099-NMG

**ASSENTED TO MOTION OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION FOR ENTRY OF FINAL JUDGMENTS AS TO DEFENDANTS THOMAS BRAZIL AND COLEMAN FLAHERTY III**

The Securities and Exchange Commission ("SEC" or "Commission") filed its complaint in this matter on November 6, 2014 against Thomas Brazil ("Brazil") and Coleman Flaherty II ("Flaherty"), as well as against a third defendant, Richard Weed ("Weed"). Related criminal actions against the defendants also were filed in this District ("the criminal cases"). Brazil and Flaherty entered guilty pleas in their respective criminal cases and have been sentenced. Subsequent to entry of those pleas, the Commission and defendants Brazil and Flaherty agreed to proposed settlement terms in this matter and each of those defendants has executed a signed consent. Following the process for review and approval of proposed settlement terms by the Commission, the parties now submit those proposed terms to the Court and request entry of final judgments as to Mr. Flaherty and Mr. Brazil. Submitted with this motion are signed and notarized consents for each of the defendants, including attached proposed final judgments.

*Motion allowed.  s/NMGorton, USDJ  10/3/16*